**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Larry Dale KOCEVAR, Defendant–Appellant.**

**No. 04–41657.
Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

Decided Nov. 9, 2005.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Laura Fletcher Leavitt, Assistant Federal Public Defender, Federal Public Defender's Office Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before DAVIS, SMITH, and DENNIS, Circuit Judges.

PER CURIAM: *

Larry Dale Kocevar pleaded guilty to possession with intent to distribute eleven kilograms of marijuana and was sentenced to 24 months of imprisonment, three years of supervised release, a $50 fine, and a $100 special assessment. Kocevar argues for the first time on appeal that the provi-

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

sions found at 21 U.S.C. § 841(a) and (b) are unconstitutional under *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000). Kocevar's appeal waiver, contained in his plea agreement, does not bar review of this issue because he did not waive his right to appeal the conviction. Nevertheless, as he concedes, this issue is foreclosed. *See United States v. Slaughter,* 238 F.3d 580, 582 (5th Cir. 2000). Therefore, the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.